Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America<br>v.<br>Elijah Beau Grady<br><br>*Defendant* | )<br>)<br>) Case No. 1:18-cr-038-02<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Elijah Beau Grady,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone
Distribution of Oxycodone
Aiding and Abetting

Date: 03/08/2018

/s/ Renee Hellwig
*Issuing officer's signature*

City and state: Bismarck, ND

Renee Hellwig, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 03/08/18, and the person was arrested on *(date)* 03/12/18
at *(city and state)* New Town, ND.

Date: 03/12/18

*Arresting officer's signature*

Tyler Fauver  SA MHA-OPF
*Printed name and title*